ANDRÉ BIROTTE JR.
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (415) 977-8974
    Fax: (415) 744-0134
    E-mail: Ann.Maley@ssa.gov
Attorneys for Defendant

E-FILED
MAR 26 2013
Docket# 17-2

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DANNY PLANKEY,<br>    Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No.: CV 12-5913 JST (CW)<br><br>**JUDGMENT** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") that was concurrently lodged, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: March 28, 2013

Carla M. Woehrle
Hon. Carla Woehrle
UNITED STATES MAGISTRATE JUDGE